IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **AARON ROSE,** | ) |
| Plaintiff, | ) |
| v. | ) Civil No. **03-133-JPG** |
| **MIKE GATES, and** | ) |
| **KATHY DAVIS,** | ) |
| Defendants. | ) |

### ORDER

**PROUD, Magistrate Judge:**

Before the Court is defendants' Motion to Compel. **(Doc. 42)**.

In July, 2005, defendants served interrogatories and requests for production on plaintiff. Plaintiff has not responded to the discovery requests or to the motion to compel. The Court deems the failure to respond to the motion to be an admission of the merits, per SDIL-LR 7.1(g).

Defendants' Motion to Compel **(Doc. 42)** is **GRANTED**. Plaintiff is ordered to respond fully to defendants' discovery requests by **March 17, 2006.**

**Plaintiff is cautioned that failure to comply with this order will result in sanctions. Sanctions may include dismissal of this case.**

IT IS SO ORDERED.

DATE: March 9, 2006.

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**