# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON ROSE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 03-CV-133-JPG |
| ) | |
| MIKE GATES et al., ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT IN A CIVIL CASE

**Decision by the Court.** This matter having come before the Court on defendants' motion to dismiss, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that plaintiff Aaron Rose's claims against defendants Scott Mathews and Kevin Koch, in this case, are **DISMISSED WITHOUT PREJUDICE;** and

**IT IS FURTHER ORDERED AND ADJUDGED** that plaintiff's claims against defendants Mike Gates and Kathy Davis, in this case, are **DISMISSED WITH PREJUDICE.**

DATED: August 23, 2006

**NORBERT G. JAWORSKI, CLERK**

**By:s/Deborah Agans, Deputy Clerk**

APPROVED: s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **U.S. District Judge**